IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARRY LEE DANTZLER** | : | |
|    Plaintiff, | : | |
| | : | |
| V. | : | **CIVIL ACTION NO. 21-CV-4794** |
| | : | |
| **JOSEPH YOUNG,** *et al.*, | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 9th day of November, 2021, upon consideration of Plaintiff Harry Lee Dantzler's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

   a. All federal constitutional claims against all Defendants are **DISMISSED WITH PREJUDICE**.

   b. All state law claims against all Defendants are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court shall **CLOSE** this case.

                                         **BY THE COURT:**

                                         /s/ Harvey Bartle III
                                         **HARVEY BARTLE III, J.**